Kathleen J. Smith  (SBN 117312)
**NORMAN DOWLER, LLP**
840 County Square Drive
Ventura, California  93003
E-Mail         ksmith@normandowler.com
Telephone:   (805) 654-0911
Telecopier:  (805) 654-1902

Attorneys for Defendant/Counterclaimant
W.R.O.N.G. LLC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WRONG GEAR, INC. a California corporation,<br><br>                Plaintiff,<br><br>       vs.<br><br>W.R.O.N.G. LLC, a California limited liability company,<br><br>                Defendant.<br>_____<br>and related counterclaims<br>_____ | Case No. CV09-4530 DSF (AGRx)<br><br>~~[PROPOSED]~~ **PROTECTIVE ORDER**<br><br>Fed. R. Civ. P. 26(c)(1)(G)<br><br>Action filed: June 24, 2009<br>Demand for Jury Trial |

The parties having stipulated to the accompanying Protective Order protecting trade secrets, other confidential research, development, or commercial information, and good cause appearing therefore pursuant to Fed. R. Civ. P. 26(c)(1)(G),

IT IS SO ORDERED.

DATED: October 1, 2009                    HON. ALICIA G. ROSENBERG
                                          UNITED STATES MAGISTRATE

                                          _____
                                          /s/ Alicia G. Rosenberg